In re JOHN H. BREEDING.
In re FRANK SOUVA.

Nos. A-3535, A-3536. Opinion Filed April 29, 1919.
(180 Pac. 191.)

Bert Van Leuven, for petitioner.

W. C. Hall, Atty. Gen., for the State.

PER CURIAM. On motion of counsel for petitioners in the above entitled and numbered causes, the same are dismissed, and counsel for petitioners permitted to withdraw the petitions filed herein.